RECOMMENDED FOR PUBLICATION
Pursuant to Sixth Circuit I.O.P. 32.1(b)
File Name: 26a0028p.06

# UNITED STATES COURT OF APPEALS

## FOR THE SIXTH CIRCUIT

_____

JESSICA CLIPPINGER, nka Jessica Pyron, on behalf of herself and all others similarly situated,

*Plaintiff-Appellee,*

*v.*

STATE FARM AUTOMOBILE INSURANCE COMPANY,

*Defendant-Appellant.*

No. 24-5421

_____

On Petition for Rehearing En Banc
United States District Court for the Western District of Tennessee at Memphis.
No. 2:20-cv-02482—Thomas L. Parker, District Judge.

Decided and Filed:  January 29, 2026

Before:  SUTTON, Chief Judge; MOORE, CLAY, GRIFFIN, KETHLEDGE, THAPAR, BUSH, LARSEN, NALBANDIAN, READLER, MURPHY, DAVIS, MATHIS, BLOOMEKATZ, RITZ, and HERMANDORFER, Circuit Judges.

_____

## COUNSEL

**ON PETITION FOR REHEARING EN BANC and REPLY:** Jeffrey B. Wall, Judson O. Littleton, SULLIVAN & CROMWELL LLP, Washington, D.C., Theodore J. Boutrous Jr., Bradley J. Hamburger, Daniel R. Adler, Matt Aidan Getz, GIBSON, DUNN & CRUTCHER LLP, Los Angeles, California, for Appellant.  **ON RESPONSE:**  Hank Bates, Lee Lowther, CARNEY BATES & PULLIAM, PLLC, Little Rock, Arkansas, Jacob L. Phillips, JACOBSON PHILLIPS PLLC, Winter Park, Florida, for Appellee.  **ON BRIEF:** Adam G. Unikowsky, JENNER & BLOCK LLP, Washington, D.C., for Amici Curiae.

---

### ORDER

---

A majority of the Judges of this Court in regular active service has voted for rehearing en banc of this case.  Under Sixth Circuit Rule 40(d), "[a] decision to grant rehearing en banc vacates the previous opinion and judgment or order of the court, stays the mandate, and restores the case on the docket as a pending appeal."

Accordingly, it is ORDERED, that the previous decision and judgment of this Court are vacated, the mandate is stayed, and this case is restored to the docket as a pending appeal.

The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as soon as possible.

ENTERED BY ORDER OF THE COURT

*Kelly L. Stephens*

_____

Kelly L. Stephens, Clerk